## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 17-02653-GW (RAOx) | Date | August 3, 2017 |
|---|---|---|---|
| Title | Shirley Lindsay v. FN Property Investments, LLC et al | | |

Present: The Honorable  GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Charles A. Rojas | Katie Thibodeaux |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Raymond G. Ballister, Jr. | Jules Kievits (By Telephone) |
|  | Morani Stelmach |

**Proceedings:**  **SCHEDULING CONFERENCE**

The case is called. Counsel make their appearances. The Court and counsel confer.

For reasons stated on the record the Court sets the following dates:

| | |
|---|---|
| Amend pleadings or add parties | N/A |
| Post Mediation Status Conference | October 30, 2017 at 8:30 a.m. |
| Discovery cutoff | November 9, 2017 |
| Expert Discovery cutoff | December 1, 2017 |
| Motion cutoff | January 8, 2018 |
| Pretrial Conference | February 8, 2018 at 8:30 a.m. |
| Jury Trial | February 20, 2018 at 9:00 a.m. |

The may choose any of the three ADR options for settlement purposes.

: .04

Initials of Preparer  CR