CENTER FOR DISABILITY ACCESS
MARK D. POTTER, ESQ., SBN 166317
PHYL GRACE, ESQ., SBN 171771
Elliott Montgomery, SBN 279451
Mail: P.O. Box 262490
San Diego, CA 92196-2490
Deliveries: 9845 Erma Road, Suite 300
San Diego, CA 92131
Phone: (858) 375-7385
Fax: (888) 422-5191
ElliottM@potterhandy.com

Attorney for Plaintiff SHIRLEY LINDSAY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY LINDSAY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FN PROPERTY INVESTMENTS, LLC, a California Limited Liability Company; FRESENBET-AZMACH, INC., a California Corporation; and Does 1-10,<br><br>　　　　Defendants. | Case No.: 2:17-CV-02653 GW(RAOX)<br><br>**Plaintiff's Notice of Motion:**<br><br>**(1) Compelling Set One Responses to Requests for the Production of Documents;**<br>**(2) Compelling Set One Responses to Interrogatories;**<br>**(3) Seeking Rule 37 Sanctions**<br><br>**Date:** November 1, 2017<br>**Time:** 10:00 a.m.<br>**Courtroom:** 23<br>**Magistrate Judge:** Hon. Rozella A. Oliver<br><br>**Discovery cut-off:** November 9, 2017<br>**Pre-trial conference:** February 8, 2018<br>**Trial:** February 20, 2018 |

**TO ALL PARTIES:**

PLEASE TAKE NOTICE that on November 1, 2017, at 10:00 a.m., in Court Room F, located at 9rd Floor, 312 N. Spring Street, Los Angeles, California 90012. Plaintiff SHIRLEY LINDSAY will and hereby does move this Court for an order compelling Defendant FRESENBET-AZMACH, INC ("Defendant") to provide: 1) Responses to Plaintiff's Requests for Production of Documents (Set One) and 2) Responses to Plaintiff's Interrogatories (Set One). Plaintiff is also seeking monetary sanctions.

This Motion is brought on the grounds that the discovery responses and documents sought by Plaintiff are relevant to the subject matter of Plaintiff's action and Defendants' refusal to provide responses and documents is without substantial justification.

This Motion will be based on the arguments presented in Plaintiff's Memorandum of Points and Authorities, the Declaration of Elliott Montgomery, the Exhibits filed concurrently with the Motion, and oral argument, if any.

Dated: October 2, 2017        CENTER FOR DISABILITY ACCESS

                              By:   /s/ Elliott Montgomery
                              Elliott Montgomery, Esq.
                              Attorneys for Plaintiff