CENTER FOR DISABILITY ACCESS
MARK D. POTTER, ESQ., SBN 166317
PHYL GRACE, ESQ., SBN 171771
Elliott Montgomery, SBN 279451
<u>Mail</u>: P.O. Box 262490
San Diego, CA 92196-2490
<u>Deliveries</u>: 9845 Erma Road, Suite 300
San Diego, CA 92131
Phone: (858) 375-7385
Fax: (888) 422-5191
ElliottM@potterhandy.com

Attorney for Plaintiff SHIRLEY LINDSAY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY LINDSAY,<br><br>    Plaintiff,<br><br>  v.<br><br>FN PROPERTY INVESTMENTS, LLC, a California Limited Liability Company; FRESENBET-AZMACH, INC., a California Corporation; and Does 1-10,<br><br>    Defendants. | Case No.: 2:17-CV-02653 GW(RAOX)<br><br>**Declaration of Elliott Montgomery in Support of Plaintiff's Motion to Compel.** |

### DECLARATION OF ELLIOTT MONTGOMERY

**1.** I, the undersigned, am an attorney licensed to practice law by the State Bar of California. I am an attorney of record for the moving party, Shirley Lindsay, and, in that capacity, I am familiar with this matter. Based upon my own knowledge and experience, I can competently attest to the following facts.

**2.** On August 11, 2017, Plaintiff propounded via mail Set One Discovery, including Requests for Production of Documents and Requests for Interrogatories upon Defendant Fresenbet-Azmach, Inc.

**3.** Attached as Exhibit 1 are true and correct copies of the Set One, Requests for Production and Requests for Interrogatories and Proof of Service.

**4.** Per applicable rules, responses were due to be served on or before September 20, 2017.

**5.** On September 21, 2017, having not received any responses to the discovery request, I sent a letter to Defense Counsel in an attempt to meet and confer in accordance with Local Rule 37-1. In this letter, I urged Defendants to serve responses to Set One Requests for Production of Documents and, Requests for Interrogatories immediately. In the alternative, I requested that Defense Counsel contact me within 10 days of the date of the letter to arrange a telephonic meet and confer / conference of counsel.

**6.** Attached as Exhibit 2 is a true and correct copy of the above-referenced letter.

**7.** As of this date, I have received neither responses to discovery nor a response to my meet and confer attempt. As such, this motion is respectfully submitted without a Joint Stipulation, pursuant to Local Rule 37-2.4.

**8.** My hourly billing rate is $200.

**9.** I am seeking Rule 37 sanctions in the amount of $1600 as follows:

| | | |
|---|---|---|
| Meet and Confer Attempts | 1 Hour | $200; |
| Motion Drafting | 5 Hours | $1000; |
| Reply to (anticipated) Opposition | 2 Hours | $400 |

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Dated: October 2, 2017         CENTER FOR DISABILITY ACCESS

                               By:  /s/ Elliott Montgomery
                               Elliott Montgomery, Esq.
                               Attorneys for Plaintiff