1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY LINDSAY,<br><br>    Plaintiff,<br><br>    v.<br><br>FN PROPERTY INVESTMENTS, LLC, a California Limited Liability Company; FRESENBET-AZMACH, INC., a California Corporation; and Does 1-10,<br><br>    Defendants. | Case No.: 2:17-CV-02653 GW(RAOX)<br><br>**[Proposed] ORDER re: Plaintiff's Motion to Compel Set One Discovery Responses**<br><br>**Date:** November 1, 2017<br>**Time:** 10:00 a.m.<br>**Courtroom:** F<br>**Magistrate Judge:** Hon. Rozella A. Oliver<br><br>**Discovery cut-off:** November 9, 2017<br>**Pre-trial conference:** February 8, 2018<br>**Trial:** February 20, 2018 |

Plaintiff's Motion to Compel Set One Responses came before the Court at the above-listed date and time. Upon consideration of the Memorandum of Points and Authorities and accompanying Declaration and Exhibits, and for good cause shown,

Order [Proposed]                                  -1-                            Case No.: 2:17-CV-02653 GW(RAOX)

**IT IS HEREBY ORDERED:**

1. Defendant FRESENBET-AZMACH, INC must serve unobjected responses to Plaintiff's Set One Interrogatories within 14 days;
2. Defendant FRESENBET-AZMACH, INC must serve unobjected responses to Plaintiff's Set One Requests for Production within 14 days; and,
3. Defendant FRESENBET-AZMACH, INC must pay $1600 in sanctions.

**IT IS SO ORDERED.**

Dated: _____

Hon. Rozella A. Oliver, Magistrate Judge

United States District Court