# CENTER FOR DISABILITY ACCESS
A Law Firm

| | |
|---|---|
| Deliveries: | Mark Potter, Esq. |
| 9845 Erma Road, Suite 300 | mark@potterhandy.com |
| San Diego, CA 92131 | Elliott Montgomery, Esq. |
| Mail: | ElliottM@potterhandy.com |
| P.O. Box 262490 | Phone: (858) 375-7385 |
| San Diego, CA 92196-2490 | Fax: (888) 422-5191 |

September 21, 2017

Jules Kievits, Esq.,
1211 Fourth Street, Suite 200
Santa Monica, CA 90401
Russell@humphreylawgroup.net

VIA ELECTRONIC MAIL AND FIRST CLASS MAIL

**Re:**   *Lindsay v. FN Property Investments, LLC, et al.*
         *USDC Central District of California Case No. 2:17-CV-02653 GW(RAOX)*

Dear Mr. Kievits:

On August 11, 2017, our office propounded Requests for Admissions, Requests for Production of Documents and Interrogatories on Defendant Fresenbet-Azmach, Inc. The responses were due to be served on or before **September 20, 2017**. As of the date of this letter, no responses have been received and no request for an extension has been received or granted. Thus, please consider this letter an attempt as a meet and confer pursuant to FRCP § 37(a)(1) and Local Rules.

Due to your failure to respond timely or seek an extension, Request for Admissions have been deemed admitted per FRCP § 36(a)(3). Also, objections to Interrogatories and Requests for Production of Documents have been waived. Please forward your complete, verified, and unobjected responses to Interrogatories and Requests for Production of Documents within **ten days** of the date of this letter so that we may avoid the necessity of a motion to compel and sanctions.

If you believe you have received this letter in error or wish to meet and confer regarding the current discovery dispute, **please contact me within 10 days of the date of this letter** with your preferred date and time and I will happily arrange a telephonic pre-filing conference of counsel. However, if I receive no response—either to discovery or my invitation to further meet and confer—I will file a motion to compel along with a declaration detailing Defendants' unwillingness to cooperate in the discovery and meet and confer processes.

Thank you for your attention to this matter. If you have any questions, please do not hesitate to contact me.

- 2 -

Thank you,

*[signature: Elliott Montogmery]*

Elliott Montogmery, Esq.