CENTER FOR DISABILITY ACCESS
MARK D. POTTER, ESQ., SBN 166317
PHYL GRACE, ESQ., SBN 171771
Elliott Montgomery, SBN 279451
Mail: P.O. Box 262490
San Diego, CA 92196-2490
Deliveries: 9845 Erma Road, Suite 300
San Diego, CA 92131
Phone: (858) 375-7385
Fax: (888) 422-5191
ElliottM@potterhandy.com

Attorney for Plaintiff SHIRLEY LINDSAY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY LINDSAY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FN PROPERTY INVESTMENTS, LLC, a California Limited Liability Company; FRESENBET-AZMACH, INC., a California Corporation; and Does 1-10,<br><br>　　　　Defendants. | Case No.: 2:17-CV-02653 GW(RAOX)<br><br>**Declaration of Elliott Montgomery Regarding Status Update on the Parties Failure to Meet and Confer or Prepare a Joint Filing** |

### DECLARATION OF ELLIOTT MONTGOMERY

**1.** I, the undersigned, am an attorney licensed to practice law by the State Bar of California. I am an attorney of record for the moving party, Shirley Lindsay, and, in that capacity, I am familiar with this matter. Based upon my own knowledge and experience, I can competently attest to the following facts.

2. On August 11, 2017, Plaintiff propounded via mail Set One Discovery, including Requests for Production of Documents and Requests for Interrogatories upon Defendant Fresenbet-Azmach, Inc.

3. Per applicable rules, responses were due to be served on or before September 20, 2017.

4. On September 21, 2017, having not received any responses to the discovery request, I sent a letter to Defense Counsel in an attempt to meet and confer in accordance with Local Rule 37-1. In this letter, I urged Defendants to serve responses to Set One Requests for Production of Documents and, Requests for Interrogatories immediately. In the alternative, I requested that Defense Counsel contact me within 10 days of the date of the letter to arrange a telephonic meet and confer / conference of counsel.

5. On October 2, 2017, having not received any response to my letter requesting their availability to meet and confer, I filed a Motion to Compel the discovery responses originally due September 20, 2017.

6. On October 23, 2017, my office received in the mail responses to Plaintiff's Set One discovery requests.

7. On October 24, 2017, this Court directed the parties to meet and confer in good faith regarding the issues raised in Plaintiff's Motion to Compel.

8. On October 24, 2017, I received an email from defense counsel, Jules Kievits, stating that he was back from vacation and available to meet and confer on Thursday and Friday of this week. He also stated that he is available for a telephonic hearing on October 30 and 31.

9. Attached as Exhibit 1 is a true and accurate copy of that email.

10. In response to Mr. Kievit's email and before having seen this Court's Minute Order, I first wrote back asking why we needed to meet and confer. Shortly thereafter, I wrote a second email to provide my availability to meet and confer on Thursday, October 26.

11. Attached as Exhibit 2 are true and correct copies of those emails.

1   **12.** On October 26, 2017, at approximately 3:48 p.m., I received a memorandum via email from Mr. Kievits. In that email, he stated that he will honor the Court's requirement to meet and confer.

**13.** Attached as Exhibit 3 is a true and accurate copy of that email.

**14.** Immediately upon receiving Mr. Kievits's email, I called his office to attempt to meet and confer telephonically. Someone from his office told me that, even though I had called within minutes of his sending the email, he had already left the office for the day and was unavailable. I then left a voicemail for Mr. Kievits on his office phone number.

**15.** After leaving the voicemail for Mr. Kievits, I sent him another email providing my availability to meet and confer.

**16.** Attached as Exhibit 4 is a true and accurate copy of that email.

**17.** For the foregoing reasons, and despite attempting to contact Mr. Kievits by email and telephone, I have been unable to meet and confer with him regarding Plaintiff's Motion to Compel.

**18.** I am available for a telephonic hearing at any time on October 30, and at 1:00 p.m. on October 31.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Dated: October 26, 2017                    CENTER FOR DISABILITY ACCESS

                                            By:    /s/ Elliott Montgomery
                                            Elliott Montgomery
                                            Attorneys for Plaintiff