| | |
|---|---|
| **From:** | Jules Kievits |
| **To:** | Elliott Montgomery |
| **Subject:** | Lindsay vs. FN Property Investments, LLC et al |
| **Date:** | Tuesday, October 24, 2017 10:54:00 AM |

Elliott, I am back from vacation and available to meet and confer on Thursday and Friday of this week. I am also available for a telephonic hearing on October 30 and 31st. Hopefully that will not be necessary. Let me know. Thank you, JK.