| | |
|---|---|
| **From:** | Elliott Montgomery |
| **To:** | "Jules Kievits" |
| **Cc:** | Sara Gunderson; Kanchan Salvi; Sakshi Srivastav |
| **Subject:** | RE: Lindsay vs. FN Property Investments, LLC et al |
| **Date:** | Tuesday, October 24, 2017 6:19:38 PM |
| **Attachments:** | image002.jpg |
| | image003.jpg |

Mr. Kievits,

Please disregard my previous email. I?ve been in deposition all day and have only now been able to read through my email, so I saw your email before I saw the Court?s order in this case.

I would prefer to meet and confer on Thursday of this week, and am available at 10am, 1:30, 3:30, or later in the evening if necessary. Please let me know which of those times will work best for you.

Thanks,

Elliott Montgomery
Attorney
ElliottM@PotterHandy.com
Ph: (858) 375-7385
Fx: (888) 422-5191
POTTER HANDY, LLP
**Mailing Address:**
**P.O. Box 262490**
**San Diego, CA 92196-2490**
Delivery Address:
9845 Erma Road Suite 300
San Diego, CA  92131

PH-BUILD3.png

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to info@potterhandy.com. Tax Opinion Disclaimer: To comply with IRS regulations, we advise that any discussion of Federal tax issues in this E-mail was not intended or written to be used, and cannot be used by you, (i) to avoid any penalties imposed under the Internal Revenue Code or, (ii) to promote, market or recommend to another party any transaction or matter addressed herein.

---

**From:** Elliott Montgomery
**Sent:** Tuesday, October 24, 2017 6:11 PM
**To:** Jules Kievits
**Cc:** Sara Gunderson ; Kanchan Salvi ; Sakshi Srivastav
**Subject:** RE: Lindsay vs. FN Property Investments, LLC et al

Mr. Kievits,

I?m afraid I?m not sure what your email below is in reference to. I?m happy to meet and confer with you, but first need to know what the dispute is that we?ll be meeting and conferring about.

Thanks,

Elliott Montgomery
Attorney
ElliottM@PotterHandy.com
Ph: (858) 375-7385
Fx: (888) 422-5191
POTTER HANDY, LLP
**Mailing Address:**
**P.O. Box 262490**
**San Diego, CA 92196-2490**
Delivery Address:
9845 Erma Road Suite 300
San Diego, CA  92131

PH-BUILD3.png

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to info@potterhandy.com. Tax Opinion Disclaimer: To comply with IRS regulations, we advise that any discussion of Federal tax issues in this E-mail was not intended or written to be used, and cannot be used by you, (i) to avoid any penalties imposed under the Internal Revenue Code or, (ii) to promote, market or recommend to another party any transaction or matter addressed herein.

---

**From:** Jules Kievits [mailto:jlklegal@aol.com]
**Sent:** Tuesday, October 24, 2017 10:54 AM
**To:** Elliott Montgomery <elliottm@potterhandy.com>
**Subject:** Lindsay vs. FN Property Investments, LLC et al

Elliott, I am back from vacation and available to meet and confer on Thursday and Friday of this week. I am also available for a telephonic hearing on October 30 and 31st. Hopefully that will not be necessary. Let me know. Thank you, JK.