JULES KIEVITS
Attorney at Law

1211 Fourth Street, Suite 200, Santa Monica, CA. 90401-1338

(310) 451-8678
FACSIMILE (310) 451-4698
EMAIL: JLKlegal@aol.com

October 26, 2017

## MEMORANDUM VIA EMAIL

To:     Elliot Montgomery

From: Jules Kievits, Esq.

Re:     *Shirley Lindsay v. FN Property Investments, LLC and Fresenbet-Azmach, Inc.*

Dear Elliot,

Attached is a copy of the Minute Order in Chambers by Magestrate Judge Rosella A. Oliver, which I addressed via email to you yesterday with respect to meet and confer requirements.

I am preparing a declaration in response to the Motion to Compel. We did serve responses to Interrogatories and Request for Admissions, both of which will be attached to the Declaration.

I just wanted to confirm to you and to the Court that we will honor the Court's requirements to meet and confer. Any relevant documents in my client's possession will be produced without objection.

Any questions, call or write. Thank you.

Yours very truly,

JULES KIEVITS

Case 2:17-cv-02653-GW-RAO   Document 31-3   Filed 10/26/17   Page 2 of 2   Page ID #:140

10/24/2017   Activity in Case 2:17-cv-02653-GW-RAO Shirley Lindsay v. FN Property Investments, LLC et al Minutes of In Chambers Order/Directive - no pr...

**From:** cacd_ecfmail <cacd_ecfmail@cacd.uscourts.gov>
**To:** ecfnef <ecfnef@cacd.uscourts.gov>
**Subject:** Activity in Case 2:17-cv-02653-GW-RAO Shirley Lindsay v. FN Property Investments, LLC et al Minutes of In Chambers Order/Directive - no proceeding held
**Date:** Tue, Oct 24, 2017 9:16 am

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

## Notice of Electronic Filing

The following transaction was entered on 10/24/2017 at 9:14 AM PDT and filed on 10/23/2017

**Case Name:** Shirley Lindsay v. FN Property Investments, LLC et al
**Case Number:** [2:17-cv-02653-GW-RAO](#)
**Filer:**
**Document Number:** [29](#)

**Docket Text:**
MINUTE ORDER IN CHAMBERS by Magistrate Judge Rozella A. Oliver: re: MOTION to Compel (1) Set One Responses to Requests for the Production of Documents; (2) Set One Responses to Interrogatories; (3)Seeking Rule 37 Sanctions [28]. The parties are directed to meet and confer in good faith regarding the issues raised in Plaintiffs Motion to Compel. The parties shall file a joint status update by October 26, 2017, describing the further meet and confer efforts and whether the parties have been able to resolve any of their discovery disputes. If the parties agree that a hearing is necessary to resolve their disputes, the parties shall also provide in their joint status update their availability for a telephonic hearing on October 30, 2017 or October 31, 2017. If the parties are unable to meet and confer or prepare a joint filing, each party shall file a status update by October 26, 2017, describing why the parties were unable to meet and confer or prepare a joint filing, and each partys availability for a telephonic hearing on October 30, 2017 or October 31, 2017.(sbu)

**2:17-cv-02653-GW-RAO Notice has been electronically mailed to:**

Raymond George Ballister   sts@potterhandy.com, rayballister@potterhandy.com, wesleye@potterhandy.com

Elliott Charles Montgomery   sts@potterhandy.com, wesleye@potterhandy.com, elliottm@potterhandy.com

Russell C Handy   sts@potterhandy.com, wesleye@potterhandy.com, russ@potterhandy.com

Ronald N Richards   ron@ronaldrichards.com, morani@ronaldrichards.com, justin@ronaldrichards.com

Jules Kievits   jjklegal@aol.com