| | |
|---|---|
| **From:** | Elliott Montgomery |
| **To:** | "Jules Kievits" |
| **Cc:** | Sara Gunderson; Kanchan Salvi; Sakshi Srivastav |
| **Subject:** | RE: LINDSAY v. FRESENBET-AZMACH, ET AL. |
| **Date:** | Thursday, October 26, 2017 5:08:50 PM |
| **Attachments:** | image003.jpg |

Mr. Kievits,

I'm writing to follow up on the voicemail I left you at your office. I tried calling you immediately after receiving your email below and within 5 minutes of your having sent it, but your office informed me you've already left for the day.

I don't believe your letter attached to your email below is totally accurate.

As far as I am aware, you did not send any email to me yesterday. While I did receive an email from you on Tuesday, it didn't specifically reference the Court's Minute Order, nor was that order attached. Rather, it just provided your availability to meet and confer on Thursday or Friday, as well as your availability for a telephonic hearing next week should one prove necessary. Since your email hadn't mentioned the Court's order, I wrote back asking for clarification about why we needed to meet and confer. Shortly thereafter, I found the Court's Minute Order, and emailed you again on Tuesday. In my second email, I told you that Thursday would work best for me to meet and confer, and provided you with several time slots.

Your email today and the attached letter are the first I've heard from you or your office since Tuesday. Given that you wrote on Tuesday that you were available on Thursday, I'm confused as to why you didn't just call me at one of the times I was available to meet and confer today.

As for tomorrow (Friday), I will be available at 10 a.m. for about 30 minutes, but will be unavailable for the rest of the day. If that time doesn't work for you, please email me and let me know immediately. Otherwise, I look forwarding to hearing from you then.

Thanks,

Elliott Montgomery
Attorney
ElliottM@PotterHandy.com
Ph: (858) 375-7385
Fx: (888) 422-5191
POTTER HANDY, LLP
**Mailing Address:**
**P.O. Box 262490**
**San Diego, CA 92196-2490**
Delivery Address:
9845 Erma Road Suite 300
San Diego, CA 92131



The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to info@potterhandy.com. Tax Opinion Disclaimer: To comply with IRS regulations, we advise that any discussion of Federal tax issues in this E-mail was not intended or written to be used, and cannot be used by you, (i) to avoid any penalties imposed under the Internal Revenue Code or, (ii) to promote, market or recommend to another party any transaction or matter addressed herein.

**From:** Jules Kievits [mailto:jlklegal@aol.com]
**Sent:** Thursday, October 26, 2017 3:48 PM
**To:** Elliott Montgomery
**Subject:** LINDSAY v. FRESENBET-AZMACH, ET AL.

Good afternoon.  Please see attachment.  Thank you.  JK