JULES KIEVITS, ESQ., SBN 57493
1211 FOURTH STREET, SUITE 200
SANTA MONICA, CA 90401
PHONE: (310)451-8678
FAX: (310)451-4698

Attorney for Defendant, FRESENBET-AZMACH, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY LINDSAY,<br><br>   Plaintiff,<br><br>vs.<br><br>FN PROPERTY INVESTMENTS, LLC, a California Limited Liability Company; FRESENBET-AZMACH, INC., a California Corporation; and DOES 1 to 10,<br><br>   Defendants.<br><br>_____<br><br>AND RELATED CROSS-ACTION<br>_____ | CASE NO: 2:17-cv-2653-CBM-RAO<br><br>**DECLARATION OF JULES KIEVITS IN OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL** |

## <u>DECLARATION OF JULES KIEVITS</u>

  1. I am an attorney at law duly licensed to practice before all courts of the State of California and the attorney for Defendant, FRESENBET-AZMACH, INC. in the within proceeding.

  2. I am familiar with the facts stated in this Declaration and, if called as a witness, I could and would competently testify to all facts stated herein.  As to any facts stated on information and belief, I believe them to be true.

3. On or about August 11, 2017, Plaintiff's counsel served my office, via U.S. mail, Set One of discovery including Request for Production of Documents, Interrogatories and Request for Admissions.

4. On or about September 12, 2017, my office filed and served on Plaintiff's counsel answers to interrogatories and responses to Request for Admissions. A true copy of Defendant, FRESENBET-AZMACH, INC.'s Response to Interrogatories is attached as Exhibit 1 and incorporated herein by this reference. A true copy of Defendant, FRESENBET-AZMACH, INC.'s Responses to Requests for Admissions is attached as Exhibit 2 and incorporated herein by this reference.

5. Through inadvertence and mistake, my office failed to respond to Request for Production of Documents. I have requested that my client review the Request for Production of Documents and collect any and all relevant documents in his possession. Those will be provided to Plaintiff's counsel without objection. I have confirmed that fact to Plaintiff's counsel.

6. Regarding sanctions, in light of all of the facts and circumstances, I would ask the Court to consider denying sanctions in this case. We will continue to cooperate with Plaintiff's counsel in all respects. If sanctions are to be awarded, I would ask the Court to consider the sum of Five Hundred Dollars ($500.00) as an appropriate sanction in this case.

7. I spoke with Plaintiff's counsel via telephone this morning and we agreed to resolve the outstanding discovery issues. Defendant, FRESENBET-AZMACH, INC., will respond to the Request for Production of Documents no later than Friday, November 3, 2017.

8. We further agreed that in the event Plaintiff's counsel needs to compel responses to Request for Production of Documents, he may do so notwithstanding the fact that the discovery cutoff date has past. We are preparing a written Stipulation confirming the above agreement(s).

I declare under the Penalty of Perjury under the laws of the State of California that the foregoing is true and correct. Executed on October 26, 2017, at Santa Monica, California.

JULES KIEVITS, ESQ., Declarant/
Attorney for Defendant, FRESENBET-
AZMACH, INC., a California Corporation

DECLARATION OF JULES KIEVITS IN OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL - 2

# EXHIBIT 1

JULES KIEVITS, ESQ., SBN 57493
1211 FOURTH STREET, SUITE 200
SANTA MONICA, CA 90401
PHONE: (310)451-8678
FAX: (310)451-4698

Attorney for Defendant/Cross-Defendants, FRESENBET-AZMACH, INC., a California Corporation

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY LINDSAY,<br><br>                     Plaintiff,<br><br>          vs.<br><br>FN PROPERTY INVESTMENTS, LLC, a California Limited Liability Company; FRESENBET-AZMACH, INC., a California Corporation; and DOES 1 to 10,<br><br>                     Defendants.<br>_____<br><br>AND RELATED CROSS ACTION<br>_____ | CASE NO: 2:17-cv-2653-CBM-RAOx<br><br>**DEFENDANT/CROSS-DEFENDANT, FRESENBET-AZMACH, INC.'S VERIFIED RESPONSES TO INTERROGATORIES PROPOUNDED BY PLAINTIFF, SHIRLEY LINDSAY**<br><br><br>Trial Date:<br>District Judge:  Honorable George H. Wu |

PROPOUNDING PARTY:   Plaintiff, SHIRLEY LINDSAY

RESPONDING PARTY:    Defendant/Cross-Defendant, FRESENBET-AZMACH, INC.

SET NO.:             ONE

TO PLAINTIFF AND TO HER ATTORNEY(S) OF RECORD:

Pursuant to *Federal Rule 33* and *California Code of Civil Procedure* § 2030, Defendant/Cross-Defendant, FRESENBET-AZMACH, INC., responds to the discovery propounded by Plaintiff, SHIRLEY LINDSAY, as follows:

The below responses are provided without prejudice to further discovery. The following comments shall apply to each and every response contained herein and shall be incorporated herein by reference as though fully set forth in all such responses.

Each of said responses is based upon the information in possession of responding party at the time of the preparation of these responses. Responding party has not yet completed their discovery and is not prepared for trial. Discovery will continue as long as permitted by statute or stipulation of the parties, and the investigation of responding party's attorney and agents will continue to and through the trial in this action. Responding party therefore, specifically reserve the right, at the time of trial, to introduce any evidence which may hereinafter be discovered and any testimony from any witnesses whose identities may hereinafter be discovered.

If any information has unintentionally been omitted from these responses, the interrogated parties reserve the right to apply for relief so as to permit the insertion of the omitted data into these responses.

**RESPONSE TO SPECIAL INTERROGATORY NO. 1:**

FN PROPERTY INVESTMENTS, LLC., 5770 Rodeo Road, Los Angeles, CA 90016, as this responding party understands it, owns 100% of the real property.

**RESPONSE TO SPECIAL INTERROGATORY NO. 2:**

Corrective work to make the parking area ADA compliant was completed in and about July of 2017.

**RESPONSE TO SPECIAL INTERROGATORY NO. 3:**

This responding party occupies the property as a tenant under a lease dated January 20, 2011 and is now a month-to-month tenant.

**RESPONSE TO SPECIAL INTERROGATORY NO. 4:**

This responding party is a tenant at the premises and knows of no documents responsive to this interrogatory.

**RESPONSE TO SPECIAL INTERROGATORY NO. 5:**

FN PROPERTY INVESTMENTS, LLC.

**RESPONSE TO SPECIAL INTERROGATORY NO. 6:**

Don Wheeler, Architect, P.O. Box 996, Topanga, California 90290. Report dated June 22, 2017.

**RESPONSE TO SPECIAL INTERROGATORY NO. 7:**

The compliance work was done by JSM Paving Construction, (844)684-7056, contact person Jesus Sanchez (818)849-5013.

**RESPONSE TO SPECIAL INTERROGATORY NO. 8:**

Only this legal action.

**RESPONSE TO SPECIAL INTERROGATORY NO. 9:**

This responding party does not claim that providing accessible parking is not readily achievable. Compliance work has been completed.

**RESPONSE TO SPECIAL INTERROGATORY NO. 10:**

This responding party does not claim that providing accessible parking fundamentally alter the nature of the goods, services, facility or accommodations of the business.  Compliance work has been completed.

**RESPONSE TO SPECIAL INTERROGATORY NO. 11:**

This responding party does not contend that compliance work is not readily achievable.


Dated:  September 12, 2017

JULES KIEVITS, Attorney for
Defendant/Cross-Defendant,
FRESENBET-AZMACH, INC.,
a California Corporation

## VERIFICATION

STATE OF CALIFORNIA        )
                           )
COUNTY OF LOS ANGELES   )

I have read the foregoing document entitled:

***DEFENDANT, FRESENBET-AZMACH'S RESPONSE TO INTERROGATORIES PROPOUNDED BY PLAINTIFF*** and know it's contents.

The matters stated in the foregoing document are true of my own knowledge except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

I hereby verify Defendant, Fresenbet-Azmach's Response to Interrogatories Propounded by Plaintiff.

Executed on _SEPTEMBER 12_, 2017, at Santa Monica, California.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF CALIFORNIA THAT THE FOREGOING IS TRUE AND CORRECT.

FRESENBET-AZMACH, INC.


By:     YOSEPH MEKONNEN

**Proof of Service**
**(Code Civ. Proc., 1013a(3) Revised 5-1-88)**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 1211 Fourth Street, Suite 200, Santa Monica, CA. 90401-1338.

On September 12, 2017, I served the foregoing document described as **DEFENDANT/CROSS-DEFENDANT, FRESENBET-AZMACH, INC.'S VERIFIED RESPONSES TO INTERROGATORIES PROPOUNDED BY PLAINTIFF, SHIRLEY LINDSAY** on the interested parties in this action.

(x )   placing the ( ) original ( ) true copies thereof enclosed in sealed envelopes addressed as follows:

See attached Mailing List.

( )   Certified/return receipt requested

( X )   BY MAIL: I caused such envelope to be deposited in the mail at Santa Monica, California.   The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. Under that practice it would be deposited with U.S. Postal Service on the same day with postage thereon fully prepaid at Santa Monica, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation or postage meter date is more than one day after date of deposit for mailing in affidavit.

( )   BY PERSONAL SERVICE: I delivered such envelope by hand to counsel as follows:

( )   BY FACSIMILE TRANSMISSION: See attached Proof of Transmission by Fax. The telephone number on the facsimile machine I used in (310) 451-4698. The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine. Pursuant to Rule 2009, I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

( )   (Federal Express):   I caused such envelope(s) to be delivered by air courier, with next day services.

(X)   (State):   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

( )   (Federal):   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Dated: September 12, 2017

*Monique Brown*

Monique Brown

SHIRLEY LINDSAY v. FN PROPERTY INVESTMENTS, LLC &
FRESENBET-AZMACH, INC.
USDC CASE NO. 2:17-CV-2653-CBM-RAO

## PROOF OF SERVICE MAILING LIST

Phyl Grace, Esq.
CENTER FOR DISABILITY ACESS
P.O. Box 262490
San Diego, CA 92131
Attorney for Plaintiff, SHIRLEY LINDSAY

Ronald Richards, Esq.
RONALD RICHARDS & ASSOCIATES
P.O. Box 11480
Beverly Hills, CA 90213
Attorney for Defendant, FN PROPERTY INVESTMENTS, LLC

# EXHIBIT 2

JULES KIEVITS, ESQ., SBN 57493
1211 FOURTH STREET, SUITE 200
SANTA MONICA, CA 90401
PHONE: (310)451-8678
FAX: (310)451-4698

Attorney for Defendant/Cross-Defendants, FRESENBET-AZMACH, INC., a California
Corporation

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY LINDSAY, | CASE NO: 2:17-cv-2653-CBM-RAOx |
| Plaintiff, | |
| vs. | **DEFENDANT/CROSS-DEFENDANT, FRESENBET-AZMACH, INC.'S VERIFIED RESPONSES TO REQUESTS FOR ADMISSIONS PROPOUNDED BY PLAINTIFF, SHIRLEY LINDSAY** |
| FN PROPERTY INVESTMENTS, LLC, a California Limited Liability Company; FRESENBET-AZMACH, INC., a California Corporation; and DOES 1 to 10, | |
| Defendants. | Trial Date: District Judge: Honorable George H. Wu |
| AND RELATED CROSS ACTION | |

PROPOUNDING PARTY:    Plaintiff, SHIRLEY LINDSAY

RESPONDING PARTY:    Defendant/Cross-Defendant, FRESENBET-AZMACH, INC.

SET NO.:    ONE

TO PLAINTIFF AND TO HER ATTORNEY(S) OF RECORD:

Pursuant to *Federal Rule* 36 and *California Code of Civil Procedure* § 2033, Defendant/Cross-Defendant, FRESENBET-AZMACH, INC., responds to the requests for admissions propounded by Plaintiff, SHIRLEY LINDSAY, as follows:

The below responses are provided without prejudice to further discovery. The following comments shall apply to each and every response contained herein and shall be incorporated herein by reference as though fully set forth in all such responses.

Each of said responses is based upon the information in possession of responding party at the time of the preparation of these responses. Responding party has not yet completed their discovery and is not prepared for trial. Discovery will continue as long as permitted by statute or stipulation of the parties, and the investigation of responding party's attorney and agents will continue to and through the trial in this action. Responding party therefore, specifically reserve the right, at the time of trial, to introduce any evidence which may hereinafter be discovered and any testimony from any witnesses whose identities may hereinafter be discovered.

If any information has unintentionally been omitted from these responses, the interrogated parties reserve the right to apply for relief so as to permit the insertion of the omitted data into these responses.

**RESPONSE TO REQUEST NO. 1:**

Admit.

**RESPONSE TO REQUEST NO. 2:**

Admit.

**RESPONSE TO REQUEST NO. 3:**

Deny.

**RESPONSE TO REQUEST NO. 4:**

Admit as to July 2015. As to July 2016, this responding party lacks information to admit. As to February 2017, this responding party lacks information to admit and, therefore, denies.

**RESPONSE TO REQUEST NO. 5:**

Deny.

///////

**RESPONSE TO REQUEST NO. 6:**

Admit.

**RESPONSE TO REQUEST NO. 7:**

Responding party admits the property was not fully ADA compliant and further admits that

corrective work has been completed.

**RESPONSE TO REQUEST NO. 8:**

Deny.

**RESPONSE TO REQUEST NO. 9:**

Admit.

**RESPONSE TO REQUEST NO. 10:**

This responding party lacks sufficient information to admit this request and, based upon such

lack of information, denies.

**RESPONSE TO REQUEST NO. 11:**

Deny.

**RESPONSE TO REQUEST NO. 12:**

Admit.

**RESPONSE TO REQUEST NO. 13:**

Admit.

**RESPONSE TO REQUEST NO. 14:**

Admit.

**RESPONSE TO REQUEST NO. 15:**

This responding party lacks sufficient information to admit this request and, based upon such

lack of information, denies this request.

Dated:  September 12, 2017

JULES NIEVITS, Attorney for
Defendant/Cross-Defendant,
FRESENBET-AZMACH, INC.,
a California Corporation

## <u>VERIFICATION</u>

STATE OF CALIFORNIA          )
                            )
COUNTY OF LOS ANGELES   )

     I have read the foregoing document entitled:

***DEFENDANT, FRESENBET-AZMACH'S RESPONSE TO REQUESTS FOR ADMISSIONS PROPOUNDED BY PLAINTIFF*** and know it's

contents.

     The matters stated in the foregoing document are true of my own knowledge

except as to those matters which are stated on information and belief, and as to those

matters I believe them to be true.


     I hereby verify Defendant, Fresenbet-Azmach's Response to Requests for

Admissions Propounded by Plaintiff.


     Executed on  September 12, 2017, 2017, at Santa Monica, California.

     I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF

THE STATE OF CALIFORNIA THAT THE FOREGOING IS TRUE AND

CORRECT.


              FRESENBET-AZMACH, INC.


         By:    YOSEPH MEKONNEN

## Proof of Service
### (Code Civ. Proc., 1013a(3) Revised 5-1-88)

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 1211 Fourth Street, Suite 200, Santa Monica, CA. 90401-1338.

On September 12, 2017, I served the foregoing document described as **DEFENDANT/CROSS-DEFENDANT, FRESENBET-AZMACH, INC.'S VERIFIED RESPONSES TO REQUESTS FOR ADMISSIONS PROPOUNDED BY PLAINTIFF, SHIRLEY LINDSAY** on the interested parties in this action.

(x )    placing the ( ) original ( ) true copies thereof enclosed in sealed envelopes addressed as follows:

See attached Mailing List.

( )    Certified/return receipt requested

( X )    BY MAIL: I caused such envelope to be deposited in the mail at Santa Monica, California.   The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. Under that practice it would be deposited with U.S. Postal Service on the same day with postage thereon fully prepaid at Santa Monica, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation or postage meter date is more than one day after date of deposit for mailing in affidavit.

( )    BY PERSONAL SERVICE: I delivered such envelope by hand to counsel as follows:

( )    BY FACSIMILE TRANSMISSION: See attached Proof of Transmission by Fax. The telephone number on the facsimile machine I used in (310) 451-4698. The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine. Pursuant to Rule 2009, I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

( )    (Federal Express):    I caused such envelope(s) to be delivered by air courier, with next day services.

(X)    (State):    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

( )    (Federal): I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Dated: September 12, 2017

Monique Brown

SHIRLEY LINDSAY v. FN PROPERTY INVESTMENTS, LLC &
FRESENBET-AZMACH, INC.
USDC CASE NO. 2:17-CV-2653-CBM-RAO

## PROOF OF SERVICE MAILING LIST

Phyl Grace, Esq.
CENTER FOR DISABILITY ACESS
P.O. Box 262490
San Diego, CA 92131
Attorney for Plaintiff, SHIRLEY LINDSAY

Ronald Richards, Esq.
RONALD RICHARDS & ASSOCIATES
P.O. Box 11480
Beverly Hills, CA 90213
Attorney for Defendant, FN PROPERTY INVESTMENTS, LLC

# Proof of Service
## (Code Civ. Proc., 1013a(3) Revised 5-1-88)

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 1211 Fourth Street, Suite 200, Santa Monica, CA. 90401-1338.

On October 27, 2017, I served the foregoing document described as **DECLARATION OF JULES KIEVITS IN OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL** on the interested parties in this action.

( )   placing the ( ) original ( ) true copies thereof enclosed in sealed envelopes addressed as follows:

( )   Certified/return receipt requested

( )   BY MAIL: I caused such envelope to be deposited in the mail at Santa Monica, California.   The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. Under that practice it would be deposited with U.S. Postal Service on the same day with postage thereon fully prepaid at Santa Monica, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation or postage meter date is more than one day after date of deposit for mailing in affidavit.

( )   BY PERSONAL SERVICE: I delivered such envelope by hand to counsel as follows:

( )   BY FACSIMILE TRANSMISSION: See attached Proof of Transmission by Fax. The telephone number on the facsimile machine I used in (310) 451-4698. The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine. Pursuant to Rule 2009, I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

( X )   BY ELECTRONIC SERVICE: I caused such document described above to be electronically served by emailing to the following email address(es):

Elliot Montgomery, Esq.                    Ronald Richards, Esq.
ElliottM@PotterHandy.com                   ron@ronaldrichards.com

( )   (Federal Express):   I caused such envelope(s) to be delivered by air courier, with next day services.

(X)   (State):   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

( )   (Federal):   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Dated:   October 27, 2017

Monique Brown