JULES KIEVITS, ESQ., SBN 57493
1211 FOURTH STREET, SUITE 200
SANTA MONICA, CA 90401
PHONE: (310)451-8678
FAX: (310)451-4698

Attorney for Defendant, FRESENBET-AZMACH, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY LINDSAY,<br><br>         Plaintiff,<br><br>   vs.<br><br>FN PROPERTY INVESTMENTS, LLC, a California Limited Liability Company; FRESENBET-AZMACH, INC., a California Corporation; and DOES 1 to 10,<br><br>        Defendants.<br><br>_____<br><br>AND RELATED CROSS-ACTION<br>_____ | CASE NO: 2:17-cv-2653-CBM-RAO<br><br><br>**STIPULATION** |

IT IS HEREBY STIPULATED by and between Plaintiff, SHIRLEY LINDSAY and Defendant/Cross-Defendant, FRESENBET-AZMACH, INC., as follows:

1. Defendant/Cross-Defendant, FRESENBET-AZMACH, INC., will respond to Plaintiff's Request for Production of Documents previously filed and served on or before Friday, November 3, 2017.

//////////

2.   IT IS FURTHER STIPULATED between the parties that in the event Defendant/Cross-Defendant, FRESENBET-AZMACH, INC., fails to respond to Plaintiff's Request for Production of Documents by Friday, November 3, 2017, Plaintiff may compel discovery after the discovery cut-off date on November 9, 2017.

3.   The parties, having met and conferred, and reached an agreement on the remaining discovery issues, the telephonic hearing set for October 30, 2017 may be vacated.

Dated: October 27, 2017                CENTER FOR DISABILITY ACCESS

By:   /s/ Elliott Montgomery
Attorney for Plaintiff,
SHIRLEY LINDSAY

Dated: October 27, 2017                LAW OFFICES OF JULES KIEVITS

By:   /s/ Jules Kievits
Attorney for Defendant,
FRESENBET-AZMACH, INC.

# Proof of Service
## (Code Civ. Proc., 1013a(3) Revised 5-1-88)

      I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 1211 Fourth Street, Suite 200, Santa Monica, CA. 90401-1338.

On October 27, 2017, I served the foregoing document described as **STIPULATION** on the interested parties in this action.

(  )    placing the ( ) original ( ) true copies thereof enclosed in sealed envelopes addressed as follows:

(  )    Certified/return receipt requested

(  )    BY MAIL: I caused such envelope to be deposited in the mail at Santa Monica, California.    The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. Under that practice it would be deposited with U.S. Postal Service on the same day with postage thereon fully prepaid at Santa Monica, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation or postage meter date is more than one day after date of deposit for mailing in affidavit.

(  )    BY PERSONAL SERVICE: I delivered such envelope by hand to counsel as follows:

(  )    BY FACSIMILE TRANSMISSION: See attached Proof of Transmission by Fax. The telephone number on the facsimile machine I used in (310) 451-4698. The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine. Pursuant to Rule 2009, I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

( X )    BY ELECTRONIC SERVICE: I caused such document described above to be electronically served by emailing to the following email address(es):

Elliot Montgomery, Esq.
ElliottM@PotterHandy.com

Ronald Richards, Esq.
ron@ronaldrichards.com

(  )    (Federal Express):    I caused such envelope(s) to be delivered by air courier, with next day services.

(X)    (State):    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

(  )    (Federal):  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Dated: October 27, 2017

Monique Brown